UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of February, two thousand and sixteen,

_____

Jin Xing Chen,

        Petitioner,

v.

Loretta E. Lynch, United States Attorney General,

        Respondent.

_____

**ORDER**
Docket No. 15-4139

    By order dated 01/14/2016, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioner and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

    By letter dated 02/01/2016, Respondent informed the Court of its intention to cancel the tolling period and resume proceedings in this Court.

    Effective 02/04/2016, the tolling period is canceled, and the time for the next scheduled event in the case begins to run.

    Petitioner's scheduling notification is due 02/18/2016.

    A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

